

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-21-00432-CV

Alejandro **CEPEDA,**
Appellant

v.

**KOZA HOME SOLUTIONS, LLC,** Hector Santos, Legend Title and Abstract, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVF-000579-D1
Honorable Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellee Hector Santos's unopposed motion for extension of time is GRANTED. Appellee Santos's brief is due April 25, 2022. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court